OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**

UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



December 23, 2016

Michael Donahue Esq.
Rachel Garland Esq.
George D. Gould Esq.
James R. Grow Esq.
Susanna Randazzo Esq.

RE: Theodore Hayes, et al v. Philip Harvey
Case Number: 16-2692
District Case Number: 2-15-cv-02617

Dear Counsel:

The Court has directed me to advise counsel in the above-entitled case that oral argument on the merits is scheduled on **Wednesday, January 18, 2017**. Counsel will be allotted **15 minutes** oral argument time for each side, pursuant to 3rd LAR 34.1 (a). Court will convene at **10:00 A.M.** and argument in this matter is scheduled in **The Collins J. Seitz Courtroom, (19th Floor, U.S. Courthouse, 6th & Market Sts., Philadelphia, PA.)** Counsel who will present oral argument should register with the Court Crier in the courtroom 30 minutes prior to the time when court is scheduled to convene.

Counsel should read the instructions for oral argument. If multiple parties are arguing for each side, counsel shall file a division of time form (a writeable form), if necessary, through CM/ECF.

Very truly yours,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

By: *Carmen M. Hernandez*

Carmen Hernandez, Calendar Team Coordinator

267-299-4952

Pursuant to IOP Chapter 2, you are hereby advised that your appeal will be argued before the following panel:  **FISHER, HARDIMAN, and GREENAWAY, Jr, Circuit Judges.**