OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



**\*AMENDED**
April 24, 2018

Michael Donahue Esq.
Rachel Garland Esq.
George D. Gould Esq.
Susanna R. Greenberg Esq.
James R. Grow Esq.
Jennifer MacNaughton Esq.
Michael S. Raab Esq.
Susanna Randazzo Esq.
Louis S. Rulli Esq.
Gerard J. Sinzdak Esq.
Daniel Urevick-Ackelsberg Esq.

RE: Theodore Hayes, et al v. Philip Harvey
Case Number: 16-2692
District Case Number: 2-15-cv-02617

Dear Counsel:

The Court has directed me to advise counsel the above-entitled case is listed for rehearing en banc before the Court on **Wednesday, May 16, 2018.** Counsel will be allotted **30** minutes total court time for each side as follows: each side will have 5 minutes of uninterrupted time after which the court will be free to question counsel about matters of concern to the Court. Counsel is further advised that the Court has read the briefs and that the **5** minutes of uninterrupted time is provided so that counsel can emphasize particular facts or legal principles.

The Court also advises counsel that the entire case is before the Court and that counsel should be prepared to argue all issues that are ripe for review.
Court will convene at **\*10:00 a.m.** and argument in this matter is scheduled in **The Albert Branson Maris Courtroom, (19th floor, U.S. Courthouse, 6th & Market Sts., Philadelphia, PA)** Counsel who will present oral argument should register with the Court Crier in the courtroom 30 minutes prior to the time when court is scheduled to convene. Counsel should read the instructions for oral argument. If multiple parties are

arguing for each side, counsel shall file a division of time form (a writeable form), if necessary, through CM/ECF.

Pursuant to IOP Chapter 2, you are hereby advised that your appeal will be argued before the following panel: **SMITH, Chief Judge, MCKEE, AMBRO, CHAGARES, JORDAN, HARDIMAN, GREENAWAY, Jr., VANASKIE, SHWARTZ, KRAUSE, RESTREPO, BIBAS and **FISHER, Circuit Judges**
**Will Participate as a member of the En Banc Court Pursuant to 3rd Cir. I.O.P. 9.6.4.

Appellants and Appellees are asked to provide a very brief summary of the issues in the case by docketing the **Summary of Oral Argument** event, located in the **Argument Notices & Acknowledgements** category, within five (5) days. This is part of a program to provide the public with information about the Court's cases. Both summaries will be posted on the Court internet site prior to the argument date.

Audio of all arguments are posted on the Court's internet website shortly after the conclusion of arguments for the day. In addition, the Court may direct that video of oral argument[1] in cases that are of significant interest to the public, the bar or the academic community be posted on the website. In order to assist the Court in this determination, Appellants and Appellees will be asked when providing the summary of oral argument whether they recommend that video be posted or whether they object to the posting of video. Whether video is posted is within the sole discretion of the judges hearing oral argument. The panel of the Court will determine after oral argument whether video of any argument should be posted. Attorneys will be notified if video will be posted and given a further opportunity to object by close of business the next day.

Very truly yours,

s/Patricia S. Dodszuweit
 Clerk

By: *Tiffany L. Grier*
Tiffany L. Grier, Calendar Clerk
267-299-4905