IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

THEODORE HAYES, et al.,

    Plaintiffs-Appellants,

v.

PHILIP E. HARVEY,

    Defendant-Appellee.

No. 16-2692

**CORRECTED UNOPPOSED MOTION OF THE DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT FOR LEAVE TO PARTICIPATE IN ORAL ARGUMENT**

Amicus curiae the Department of Housing and Urban Development respectfully moves for leave to participate in oral argument in this appeal, which is currently scheduled for Wednesday, May 16, 2018. HUD requests that it be allotted ten minutes of argument time.

**1.** The central issue in this case involves the interpretation of the enhanced voucher provision of the Section 8 housing program, 42 U.S.C. § 1437f(t). This Court invited HUD, which administers the Section 8 program, to file a brief addressing the scope of § 1437f(t), and, specifically, whether § 1437f(t)'s "right to remain" provision requires property owners to continuously renew enhanced-voucher tenancies. As HUD explained in its brief, § 1437f(t) requires property owners to renew enhanced-voucher tenancies unless the owner has cause for eviction, the owner no longer plans

to offer the relevant units as rental housing, or the units are otherwise ineligible for housing assistance.

**3.** Oral argument is scheduled for May 16, 2018. This Court has allotted 30 minutes of argument time to each side. Given HUD's interest in this case, the agency believes its participation in the argument would assist the Court. HUD therefore respectfully request that this Court allocate ten minutes of argument time to the government.

**4.** Defendant-appellee Philip E. Harvey does not oppose this motion. Plaintiffs-appellants do not oppose this motion, but ask that the Court grant HUD time in addition to the thirty minutes allocated to appellants.

## CONCLUSION

For the foregoing reasons, the United States' motion for leave to participate in oral argument should be granted.

Respectfully submitted,

MICHAEL S. RAAB
/s/ *Gerard Sinzdak*
GERARD SINZDAK
 (202) 514-0718
 *Attorneys, Appellate Staff*
 *Civil Division*
 *U.S. Department of Justice*
 *950 Pennsylvania Ave., NW, Rm. 7242*
 *Washington, DC 20530*

*Counsel for the Department of Housing and Urban Development*

MAY 2018

# CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2018, I electronically filed the foregoing corrected motion with the Clerk of Court for the United States Court of Appeals for the Third Circuit by using the appellate CM/ECF system. All participants in this case are registered CM/ECF users and will be served by the CM/ECF system.

*/s/ Gerard Sinzdak*
GERARD SINZDAK
*Counsel for the Department of Housing and Urban Development*